IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR37 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GREGORY WALKER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1. The warrant (Filing No. 46) is quashed; and

2. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal for the District of Nebraska.

DATED this 6th day of December, 2011.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge